AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For **Revocation** of Probation or Supervised Release) |
| VALNICA NICOLE GARNER | |
| | Case No.  2:20cr136-WKW |
| | USM No.  11207-002 |
| | Natalie Ebolum |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1, 4, 11, 12, & 13  of the term of supervision.
☐ was found in violation of condition(s) count(s) _____ after pleading not guilty.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant Must Not Commit Another Federal, State or Local Crime | 12/19/2023 |
| 4 | Defendant Must Not Commit Another Federal, State or Local Crime | 01/24/2024 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ Based upon Government's agreement,  2, 3, 5-10 & 14  are dismissed.
    violations

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  1874

Defendant's Year of Birth:  1983

City and State of Defendant's Residence:
Jemison, Alabama

06/17/2025
Date of Imposition of Judgment

/s/ W. Keith Watkins
Signature of Judge

W. Keith Watkins, United States District Judge
Name and Title of Judge

06/24/2025
Date

AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: VALNICA NICOLE GARNER
CASE NUMBER: 2:20cr136-WKW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 11 | Defendant Must Not Knowingly Leave the Federal Judicial District Without Permission from the Court or Probation Officer | 11/17/2023 |
| 12 | Defendant Must Not Commit Another Federal, State or Local Crime | 02/06/2024 |
| 13 | Defendant Must Not Commit Another Federal, State or Local Crime | 02/06/2024 |

Judgment — Page 3 of 3

DEFENDANT: VALNICA NICOLE GARNER
CASE NUMBER: 2:20cr136-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

33 Mos. with credit for time served since entering federal custody on 3/4/2025. No term of supervised release shall follow. The term of supervised release imposed on 1/27/2021 is revoked. This sentence shall be served consecutively to the sentences imposed in United States v. Garner, 1:24-CR-27-CG-N (S.D. Ala.), ECF No. 40, and State of Alabama v. Garner, DC-2024-900171.00. See U.S.S.G. Ch. 7, Pt. B, Introductory Commentary; § 3553(a); Doc. # 70 at 7–15.

☑ The court makes the following recommendations to the Bureau of Prisons:

That Defendant be imprisoned at an institution where residential, comprehensive, substance abuse treatment programs are available.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL